**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JACOBIA DUNN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO.  12-377 |
| B&B AUTOMOTIVE and HELM | : | |
| ASSOCIATES, INC., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this *5ᵗʰ* day of *June*, 2012, upon consideration of the Motion by Defendants

B&B Automotive and Helm Associates, Inc. to Remand the Case to Arbitration (Docket No. 6),

Plaintiff Jacobia Dunn's Response (Docket No. 7), and Defendants' Reply Brief (Docket No. 8),

it is hereby **ORDERED** that the Motion is **GRANTED** and that the Complaint is **DISMISSED**

**WITH PREJUDICE**.

It is so **ORDERED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.